USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/29/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
EDT OFFSHORE LIMITED,                          :
                                                                       :        08 Civ. 9842 (SHS)
                                                                       :
                              Plaintiff,                           :
                                                                       :        ORDER
              -against-                                         :
                                                                       :
SUBOCEAN LIMITED and,                          :
SUBOCEAN GROUP LIMITED               :
                                                                       :
                                                                       :
                              Defendants.                     :
------------------------------------------------------------ x

SIDNEY H. STEIN, U.S. District Judge.

In light of the holding of the U.S. Court of Appeals for the Second Circuit in *Shipping Corp. of India Ltd. v. Jaldhi Overseas Pte Ltd.*, --- F.3d ----, 2009 WL 3319675 (2d Cir. Oct. 16, 2009) and because plaintiff has not alleged that any property other than electronic funds transfers is likely to be found in this district, IT IS HEREBY ORDERED that the Order of Maritime Attachment and Garnishment in this action dated November 17, 2008 is hereby vacated and the complaint is dismissed.

Dated: New York, New York
            October 29, 2009

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.